IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 19 PM 5: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ELIZABETH A. MCNEILL

    Plaintiff,

v.

No. 05-2727 B/A

THE TRAVELERS INSURANCE CO.,
and CNL ROSE ACQUISITION CORP.,

    Defendants.

---

## ORDER OF REFERENCE

Before the Court is the October 19, 2005 emergency motion of the Plaintiff for an order requiring the Defendant, The Travelers Insurance Company, to mediate on October 26, 2005. The motion is referred to the United States Magistrate Judge for determination and/or report and recommendation. Any exceptions to the magistrate judge's report shall be made in writing within ten (10) days after service of the report, setting forth particularly those portions of the report excepted to and the reasons for the exceptions. See 28 U.S.C. § 636(b)(1).

**IT IS SO ORDERED** this 19th day of October, 2005.

                _____
for   J. DANIEL BREEN
       UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02727 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Honorable J. Breen
US DISTRICT COURT