UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELIZABETH A. McNEILL,

    Plaintiff,

Vs.

THE TRAVELERS INSURANCE COMPANY,
and CNL ROSE ACQUISITION CORPORATION,

    Defendants.

NO. 05-2727 -B
JURY DEMANDED

## AGREED RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

| | |
|---|---|
| INITIAL DISCLOSURE (Rule 26(a)(1)): | January 13, 2006 |
| JOINING PARTIES: | |
| For Plaintiff: | January 31, 2006 |
| For Defendant: | February 28, 2006 |
| AMENDING PLEADINGS: | |
| For Plaintiff: | January 31, 2006 |
| For Defendant: | February 28, 2006 |
| COMPLETING ALL DISCOVERY: | July 21, 2006 |
| (a) REQUESTS FOR PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSIONS: | July 21, 2006 |
| (b) EXPERT DISCLOSURE (Rule 26(a)(2)): | |
|     (i) Plaintiff's Experts: | May 21, 2006 |
|     (ii) Defendants' Experts: | June 19, 2006 |

|     |       |                                   |                     |
|-----|-------|-----------------------------------|---------------------|
|     | (iii) | Supplementation under Rule 26(e): | June 29, 2006       |
| (c) |       | DEPOSITIONS OF EXPERTS:           | July 21, 2006       |

FILING DISPOSITIVE MOTIONS:   August 21, 2006

FINAL LISTS OF WITNESSES AND EXHIBITS
(Rule 26(a)(3)):

| (a) | For Plaintiff: | 45 days before Trial |
|-----|----------------|----------------------|
| (b) | For Defendant: | 30 days before Trial |

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 4 days and is SET for JURY TRIAL on _____. A joint pretrial order is due on _____. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

OTHER RELEVANT MATTERS:

At all times prior to the deadline for amending pleadings, parties may amend pleadings without the necessity for prior leave of Court.

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

2

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: December 07, 2005

**APPROVED FOR ENTRY:**

LARRY E. PARISH, P.C.
Attorneys for Elizabeth McNeil

BY: *Larry E. Parish* with permi by PJE
Larry E. Parish, #8464
6075 Poplar Avenue, #420
Memphis, TN 38119

SPICER, FLYNN & RUDSTROM, PLLC
Attorneys for The Travelers Indemnity Co.

BY: _____
ROBERT D. FLYNN, # 7941
80 Monroe Avenue, Suite 500
Memphis, TN 38103
(901) 523-1333 – Phone
(901) 526-0213 – Facsimile

3

FARRIS, MATHEWS, BRANAN, BOBANGO, HELLEN & DUNLAP
Attorneys for CNL Rose Acquisition Corp.

BY: *Eugene Forrester w/h permission by ssf*
EUGENE S. FORRESTER, #10446
One Commerce Square, Suite 2000
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02727 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT