FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 12 PM 1:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ELIZABETH A. MCNEILL

    Plaintiff,

v.                              No. 05-2727 B/A

THE TRAVELERS INSURANCE CO.,
and CNL ROSE ACQUISITION CORP.,

    Defendants.

---

ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION TO DISMISS
SHOULD NOT BE GRANTED

---

Before the Court is the October 31, 2005 motion to dismiss or, in the alternative, for summary judgment by the Defendant, CNL Rose Acquisition Corporation ("CNL"), against the Plaintiff. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1] Accordingly, the Plaintiff is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of Plaintiff's claims against the Defendant.

IT IS SO ORDERED this 12th day of December 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this district, responses to motions to dismiss "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02727 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT